

# Fourth Court of Appeals
## San Antonio, Texas

## JUDGMENT

No. 04-21-00043-CV

**RCI ENTERTAINMENT (SAN ANTONIO), INC.**, d/b/a XTC Cabaret,
Appellant

v.

**THE CITY OF SAN ANTONIO**, Mayor Ron Nirenberg, and Michael E. Shannon, in their
Official Capacities,
Appellees

From the 408th Judicial District Court, Bexar County, Texas
Trial Court No. 2020-CI-23536
Honorable Norma Gonzales, Judge Presiding

BEFORE JUSTICE CHAPA, JUSTICE RIOS, AND JUSTICE WATKINS

In accordance with this court's opinion of this date, the appeal is DISMISSED. We ORDER all costs of this appeal assessed against appellant RCI Entertainment (San Antonio), Inc., d/b/a XTC Cabaret.

SIGNED September 8, 2021.

_Luz Elena D. Chapa_
Luz Elena D. Chapa, Justice